UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATHAN THOMPSON ENTERPRISES, INC., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action 5:22-cv-295 |
| | § | |
| PENSKE TRUCK LEASING CO., L.P. | § | |
|     *Defendant*. | § | |

**NATHAN THOMPSON ENTERPRISES, INC.'S**
**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Comes now Plaintiff Nathan Thompson Enterprises, Inc. and files this, its Unopposed Motion for Withdrawal and Substitution of Counsel ("Motion") and respectfully shows as follows:

1. Pursuant to Local Rule AT-3, Plaintiff hereby requests the Court to allow Merritt Clements and Jarrod Burns of Ray | Peña | McChristian, P.C., to withdraw as counsel of record for Plaintiff and that Brock A. Niederhofer of The Niederhofer Law Firm and Dustin Whittenburg of The Law Office of Dustin Whittenburg be substituted in as its new attorneys of record in this lawsuit.

2. Plaintiff has requested and approves this withdrawal and substitution. Plaintiff requests this withdrawal and substitution on grounds that it has elected to be represented by new counsel.

3. The following counsel will substitute in as counsel of record for Plaintiff:

Brock A. Niederhofer
State Bar No. 24096812
The Niederhofer Law Firm
1907 Summerwood Drive
San Antonio, Texas 78232
(210) 823-0748

and

845926 (8400.1)

1

Dustin Whittenburg
State Bar No. 24042151
The Law Office of Dustin Whittenburg
San Antonio, Texas 78258
(210) 826-1900
Facsimile (210) 826-1917

4. The Motion is not sought for delay, and the relief requested will not affect any case deadlines or otherwise prejudice the Defendant.

5. Defendant does not oppose this Motion.

WHEREFORE, Plaintiff Nathan Thompson Enterprises, Inc. respectfully requests this Motion for Withdrawal and Substitution of Counsel be granted, and for such other and further relief to which it is entitled.

Respectfully Submitted,

RAY | PEÑA | MCCHRISTIAN, P.C.

By: */s/ Merritt Clements*
Merritt Clements
State Bar No. 04369500
Federal Bar No. 15871
mclements@raylaw.com
Jarrod Burns
State Bar No. 24092199
jburns@raylaw.com
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554
Fax: (210) 341-3557

845926 (8400.1)

                    THE NIEDERHOFER LAW FIRM

                    By:    */s/ Brock A. Niederhofer w/permission*
                          Brock A. Niederhofer
                          State Bar No. 24096812
                          brock@niederhoferlaw.com
                          1907 Summerwood Drive
                          San Antonio, Texas 78232
                          (210) 823-0748

                    THE LAW OFFICE OF DUSTIN WHITTENBURG

                    By:    */s/ Dustin Whittenburg w/permission*
                          Dustin Whittenburg
                          State Bar No. 24042151
                          dustin@whittenburgtax.com
                          845 Proton Road
                          San Antonio, Texas 78258
                          (210) 826-1900
                          Facsimile (210) 826-1917

                ATTORNEYS FOR PLAINTIFF
                NATHAN THOMPSON ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the above and foregoing document was filed electronically through the CM/ECF system, and a copy has been served on all known counsel of record on December 19, 2022, in accordance with the Federal Rules of Civil Procedure.

      Clifford Bowie Husted and Ernesto Alvarez, Jr.
CLARK HILL PLC
909 Fannin, Suite 2300
Houston, Texas 77010
chusted@clarkhill.com; ealvarez@clarkhill.com

      Frank Scaglione
CLARK HILL PLC
2301 Broadway
San Antonio, Texas 78215
fscaglione@clarkhill.com

                          */s/ Merritt Clements*
                          Merritt Clements