UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**NATHAN THOMPSON**
**ENTERPRISES, INC.,**

*Plaintiff*,

v.

**PENSKE TRUCK LEASING CO., LP,**

*Defendant*.

Case No.  SA-22-CV-00295-JKP

# O R D E R

Before the Court is Plaintiff and Counter-Defendant Nathan Thompson Enterprises, Inc. and Defendant and Counter-Plaintiff Penske Truck Leasing Co., L.P.'s Agreed Motion to Dismiss with Prejudice (ECF No. 32), and the Court being of the opinion that the Motion is with merit finds that it should be granted, it is, therefore **ORDERED ADJUDGED AND DECREED** that all of Plaintiff and Counter-Defendant Nathan Thompson Enterprises, Inc.'s causes of action in this case against Defendant and Counter-Plaintiff Penske Truck Leasing Co., L.P. are hereby dismissed with prejudice in their entirety. It is further;

**ORDERED ADJUDGED AND DECREED** that all of Defendant and Counter-Plaintiff Penske Truck Leasing Co., L.P.'s causes of action in this case against Plaintiff and Counter-Defendant Nathan Thompson Enterprises, Inc. are hereby dismissed with prejudice in their entirety. It is further;

**ORDERED ADJUDGED AND DECREED** that all costs shall be borne by the party incurring same.

It is so ORDERED.
SIGNED this 12th day of October, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE